## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GILBEIRYS CAROLINA COLMENARES SANTANA, | § § § | |
| *Petitioner* | § § | Case No.  SA-26-CA-01117-XR |
| v. | § § § | |
| MIGUEL EDUARDO VERGARA-LOPEZ, SECRETARY KRISTI NOEM, DHS  DHS, US ATTORNEY GENERAL PAMELA BONDI, WARDEN DILLEY IMMIGRATION PROCESSING CENTER, EOIR PEARSALL TX, | § | |
| *Respondents* | | |

### ORDER FOR SERVICE

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1) filed by Petitioner

Gilbeirys Carolina Colmenares Santana (A# 244-538-633).

It is hereby **ORDERED** that the Clerk of Court shall furnish the Office of the United States

Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No.

1) and this Order. Delivery by certified mail return receipt requested of those same documents

shall constitute sufficient service of process on the Federal Respondents. *See* FED. R. CIV. P. 4(i).

Service should be directed to

> Stephanie Rico, Civil Process Clerk
> U.S. Attorney's Office, Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden with

copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified

mail, return receipt requested, will constitute sufficient service of process. Service should be

directed to

Warden, South Texas Family Residential Detention Center
300 El Rancho Way
Dilley, TX 78017

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 23rd day of February, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE